## Glover, Appellant, *v.* Feoli.

Argued June 17, 1965. *Herbert Braker,* for appellant; *Gerald J. Cohen,* for appellee.

Order affirmed.

FLOOD, J., absent.